

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Tanner Oneal Engel,

Vs. No. 11-18-00225-CR

The State of Texas,

\* From the 32nd District Court
of Nolan County,
Trial Court No. 12196.

\* September 11, 2020

\* Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court and the bill of costs to reflect attorney's fees in the amount of $650, rather than $6,500; as modified, we affirm.